Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ELLA H. HEWES, as Executrix, etc., Respondent, v. WILLIAM H. FISCHER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch and Taylor, JJ.

ISRAEL LEVY, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FRANCISZKA KOSCIELNIAK, Respondent, v. MICHAEL SZYMCZAK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JOSEPH M. THUMAN, Respondent, v. CLAWSON & WILSON COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

BERTHA M. BOEPPLE, Respondent, v. ALICE KERSHAW and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

KATHERINE B. HANRAHAN, as Executrix, etc., Respondent, v. UNADILLA VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE DWELLE-KAISER COMPANY, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted; question for review certified. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FREEMAN B. TATOR, Respondent, v. STRONG MOTORS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARGELIA MOREAU, Respondent, · v. JOHN C. GLAS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER D'ANDREO, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUIS GROPP, Appellant, v. RAYMOND A. VEIDERS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

JAMES E. CLUNE, Respondent, v. WILLIAM F. WALDOW, as Sheriff, etc., Defendant, Impleaded with ALDEN COAL MINING Co., INC., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MATHEW W. McVEA, Respondent, v ANDREW GEORGE, Appellant.— Order